# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159660-1(91)


MAEGAN TURNER, by WALTER SAKOWSKI,
Conservator,
        Plaintiff,

and

RIVERVIEW MACOMB HOME &
ATTENDANT CARE, LLC,
        Intervening Plaintiff,

v

FARMERS INSURANCE EXCHANGE,
        Defendant/Cross-Plaintiff/
        Cross-Defendant-Appellee,

and

ENTERPRISE LEASING CORPORATION OF
DETROIT, LLC and EAN HOLDINGS, LLC,
        Defendants/Cross-Defendants-
        Appellants,

and

ESTATE OF JASON PUCKETT, by GARY
DUANE RUPP, Personal Representative,
        Defendant/Cross-Plaintiff,

and

PATSY VILLNEFF and TAMERA HARPER,
        Defendants/Cross-Defendants.
_____/

SC: 159660
COA: 339624
Wayne CC: 16-002031-NF

JONTE EVERSON,
    Plaintiff,

                    SC: 159661
v                   COA: 339815
                    Washtenaw CC: 16-000359-NF
FARMERS INSURANCE EXCHANGE,
    Defendant/Third-Party
    Plaintiff-Appellee,

and

ENTERPRISE LEASING COMPANY,
    Third-Party Defendant-Appellant.
_____/

   On order of the Chief Justice, the motion of PV Holding Corp. and Avis Budget Group, Inc. to file a brief amicus curiae consistent with MCR 7.312(H)(3) and (4) is GRANTED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     May 1, 2020       
                      Clerk